UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                    CHAPTER 13 PROCEEDING:
FLOR MENDIETA                                   06-10607-B-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.   Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Tuesday, Sep 19, 2006.

    2.   This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.   Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.   Trustee has been unable to locate the following creditor at the address listed below.

    PARAGON WAY INC
    7500 RIALTO BLVD STE 100
    AUSTIN, TX  78735-8531

    5.   As a result, funds owed to the creditor in the amount of $29.31 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Thu, October 27, 2011

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#108

**UNITED STATES BANKRUPTCY COURT**

IN RE:  
FLOR MENDIETA

CHAPTER 13 PROCEEDING:  
06-10607-B-13

DEBTOR

**CERTIFICATE OF SERVICE**

I, Cindy Boudloche , do hereby certify that on 10/27/2011, a copy of the foregoing Trustee's Motion to Funds into the Court Registry was served electronically or by United States Mail to the parties listed below :

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee

| | |
|---|---|
| FLOR MENDIETA<br>27994 FM 803<br>SAN BENITO, TX  78586 | ABELARDO LIMON JR<br>890 WEST PRICE ROAD<br>BROWNSVILLE, TX  78520 |
| PARAGON WAY INC    (Notice)<br>2101 W BEN WHITE BLVD STE 103<br>**USE 7500 RIALTO BLVD STE 100<br>AUSTIN TX 78735**<br>149794<br>AUSTIN, TX  78704 | PARAGON WAY INC<br>7500 RIALTO BLVD STE 100<br>AUSTIN, TX  78735-8531 |